UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY TUCK,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>YELP, INC.,<br><br>　　　　　　　　　Defendant. | Case No.: 3:25-cv-02155-JES-SBC<br><br>**ORDER SETTING HEARING** |

On November 7, 2025, Defendant Yelp, Inc., moved to compel arbitration and stay this action. ECF No. 10. Defendant's motion listed a hearing date of December 17, 2025, at 9:00 am in Courtroom 4B. *Id.* Due to a conflict in the Court's calendar, the Court hereby **VACATES** the proposed December 17, 2025, hearing. The Court instead **SETS** a hearing for this motion for **December 19, 2025, at 2:30 p.m.**

**IT IS SO ORDERED**.

Dated: November 12, 2025

Honorable James E. Simmons Jr.
United States District Judge